IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50247
Summary Calendar
_____


MACK B. YATES,

                                        Plaintiff-Appellant,

versus

DAVID MOYA, Etc., ET AL

                                        Defendants,


FRED TADLOCK, Sergeant;
JASON SHELTON,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-188
- - - - - - - - - -
July 12, 2000

Before JOLLY, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Mack B. Yates, federal prisoner #353752, has filed a motion
to proceed *in forma pauperis* (IFP) in his appeal of the jury
verdict denying relief on his 42 U.S.C. § 1983 complaint.  By
moving for IFP, Yates is challenging the district court's
certification that IFP status should not be granted on appeal
because his appeal is not taken in good faith.  See Baugh v.

_____

     * Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

Taylor, 117 F.3d 197, 202 (5th Cir. 1997). Because Yates' appeal presents no nonfrivolous appellate issues, his motion is DENIED, and the appeal is DISMISSED. See Baugh, 117 F.3d at 202 and n.24; 5th Cir. R. 42.2.